UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No. 2:16-cv-02786-APG-CWH |
| Plaintiff, | |
| v. | **ORDER CLARIFYING TEMPORARY STAY OF CASE** |
| IRIS WU and NEWPORT COVE CONDOMINUM UNIT-OWNERS ASSOCIATION, INC., | |
| Defendants. | |

On December 5, 2016, I ordered this case administratively stayed until the Ninth Circuit issues the mandate in *Bourne Valley*. ECF No. 6. The parties have jointly moved for clarification of that order, specifically how it impacts discovery and other deadlines. ECF No. 21. My stay order was intended to conserve the resources of the parties and the court in anticipation of the parties to *Bourne Valley* seeking a writ of certiorari from the Supreme Court of the United States. Thus, all that was required in this case was for the plaintiff to serve process upon the defendants and file proof of service. My order was designed to toll all other deadlines in this matter, including responsive pleadings and discovery. Thus, the discovery plan filed by the parties is denied without prejudice as moot.

IT IS HEREBY ORDERED that the parties' joint motion **(ECF No. 21) is GRANTED** and my prior order is clarified as set forth above.

DATED this 21st day of March, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE