# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> IRIS WU, et al., <br><br> Defendants. | Case No. 2:16-cv-02786-APG-CWH <br><br> **ORDER GRANTING MOTION TO LIFT STAY** <br><br> (ECF No. 25) |

IT IS ORDERED that plaintiff HSBC Bank USA, N.A.'s motion to lift stay **(ECF No. 25) is GRANTED**. The stay in this case is lifted for all purposes.

DATED this 7th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE