Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for HSBC Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>IRIS WU, an individual; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MATTHEW AYRES, an individual,<br><br>    Defendants. | Case No. 2:16-CV-02786-APG-CWH<br><br>**STIPULATED AND PROPOSED ORDER TO AMEND SCHEDULING ORDER (ECF NO. 28)**<br>**(First Request)** |
| IRIS WU,<br><br>    Counter-Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A.;<br>DOES 1 through X and ROE BUSINESS ENTITIES 1 through X,<br><br>    Counter-Defendants. | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff HSBC Bank USA, N.A. ("HSBC"), Defendant Newport Cove Condominium Unit-Owners Association, Inc. (the "HOA"), and Defendants Iris Wu ("Wu") (collectively, the

"Parties") by and through their undersigned counsel of record, hereby stipulate to amend the Scheduling Order approved on November 13, 2017 (ECF No. 28). This is the Parties first request for an extension of the subject deadlines.

  A. <u>Discovery completed</u>: HSBC served initial disclosures on December 06, 2017. HSBC served its initial expert disclosure on March 3, 2018. HSBC served written discovery on the defendants and the deposition of a third party, Alessi & Koenig, has been noticed by HSBC.

  B. <u>Discovery to Be Completed</u>:

    1. Continued production of documents as they are located;

    2. Written discovery responses;

    3. Deposition of Parties and third parties.

  C. <u>Current Discovery Deadlines</u>:

    1. Discovery cut-off: May 5, 2018

    2. Dispositive motions: June 6, 2018

    3. Joint pretrial order: July 9, 2018

  D. <u>Reason for Extending Discovery Plan Deadlines</u>

The Parties seek to extend discovery and scheduling dates 30 days. On April 2, 2018, HSBC noticed the depositions of the HOA and Wu. The depositions were scheduled for April 30, 2018. After the non-appearance of the HOA for its scheduled deposition, it also came to light that Wu had a scheduling conflict. As such, the parties agreed to extend the discovery schedule to allow the depositions of Wu and the HOA to move forward. The brief extension of 30 days will give HSBC time to re-notice the depositions and conduct them. Further, no parties will be prejudiced by the brief extension to discovery.

  E. <u>Proposed Schedule for Completed Discovery</u>:

Accordingly, all Parties hereby stipulate and jointly request that the Court enter an Amended Scheduling Order to establish the following deadlines:

    1. Discovery cut-off: June 4, 2018

2. Dispositive motions: July 5, 2018

3. Joint pretrial order: August 6, 2018

The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 2 day of May, 2018.

BALLARD SPAHR LLP                           HONG & HONG


By: /s/ Holly Ann Priest                    By: /s/ Joseph Y. Hong
    Joel E. Tasca                               Joseph Y. Hong, Esq.
    Nevada Bar No. 14124                        Nevada Bar No.: 5995
    Holly Ann Priest                            10781 W. Twain Ave
    Nevada Bar No. 13226                        Las Vegas, Nevada 89135
    Kyle A. Ewing
    Nevada Bar No. 14051
    Nevada Bar No.
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-defendant HSBC Bank USA, N.A.*

HOA LAWYERS GROUP, LLC


By: /s/ Steven T. Loizzi
    Steven T. Loizzi, Esq.
    Nevada Bar No. 10920
    9500 W. Flamingo, Suite 204
    Las Vegas, Nevada 89147

### ORDER

IT IS SO ORDERED.

_____
United States ~~District~~/Magistrate Judge

DATED: May 3, 2018

3