Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for HSBC Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>IRIS WU, an individual; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MATTHEW AYRES, an individual, <br><br>Defendants. <br><br>IRIS WU, <br><br>Counter-Claimant, <br><br>vs. <br><br>HSBC BANK USA, N.A.; DOES 1 through X and ROE BUSINESS ENTITIES 1 through X, <br><br>Counter-Defendants. | Case No. 2:16-CV-02786-APG-CWH <br><br>**STIPULATED AND PROPOSED ORDER TO AMEND SCHEDULING ORDER (ECF NO. 28)** <br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff HSBC Bank USA, N.A. ("HSBC"), Defendant Newport Cove Condominium Unit-Owners Association, Inc. (the "HOA"), and Defendants Iris Wu ("Wu") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to

DMWEST #17770591 v1

amend the Scheduling Order approved on November 13, 2017 (ECF No. 28). This is the Parties first request for an extension of the subject deadlines.

    A.    <u>Discovery completed</u>: HSBC served initial disclosures on December 06, 2017. HSBC served its initial expert disclosure on March 3, 2018. HSBC served written discovery on the defendants and the deposition of a third party, Alessi & Koenig, was taken by HSBC.

    B.    <u>Discovery to Be Completed</u>:

        1.    Continued production of documents as they are located;

        2.    Written discovery responses;

        3.    Deposition of Parties and third parties.

    C.    <u>Current Discovery Deadlines</u>:

        1.    Discovery cut-off: June 4, 2018

        2.    Dispositive motions: July 5, 2018

        3.    Joint pretrial order: August 6, 2018

    D.    <u>Reason for Extending Discovery Plan Deadlines</u>

The Parties seek to extend discovery and scheduling dates 30 days. On April 2, 2018, HSBC noticed the deposition of Wu and the deposition was scheduled for April 30, 2018. Wu had a scheduling conflict and did not appear for the deposition. To accommodate Wu's schedule, the parties extended the deadlines 30 days to allow HSBC to reset her deposition. However, counsel for Wu informed counsel for HSBC that Wu is now out of the state for work until end of July. As such, the parties agreed to extend the discovery schedule to allow the deposition of Wu to move forward. The brief extension will give HSBC time to re-notice the deposition. Further, no parties will be prejudiced by the brief extension to discovery.

    E.    <u>Proposed Schedule for Completed Discovery</u>:

Accordingly, all Parties hereby stipulate and jointly request that the Court enter an Amended Scheduling Order to establish the following deadlines:

        1.    Discovery cut-off: August 3, 2018

2

2. Dispositive motions: September 4, 2018

3. Joint pretrial order: October 4, 2018

The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 25th day of May, 2018.

BALLARD SPAHR LLP                           HONG & HONG

By: /s/ Holly Ann Priest                    By: /s/ Joseph Y. Hong
    Joel E. Tasca                               Joseph Y. Hong, Esq.
    Nevada Bar No. 14124                        Nevada Bar No.: 5995
    Holly Ann Priest                            10781 W. Twain Ave
    Nevada Bar No. 13226                        Las Vegas, Nevada 89135
    Kyle A. Ewing
    Nevada Bar No. 14051
    Nevada Bar No.
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-defendant HSBC Bank USA, N.A.*

HOA LAWYERS GROUP, LLC

By: /s/ Steven T. Loizzi
    Steven T. Loizzi, Esq.
    Nevada Bar No. 10920
    9500 W. Flamingo, Suite 204
    Las Vegas, Nevada 89147

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Magistrate Judge

DATED: May 31, 2018