# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., et al., <br><br> Defendants. | Case No. 2:16-cv-02786-APG-CWH <br><br> **ORDER** |

Presently before the court is defendant Newport Cove Condominium Unit-Owners Association, Inc.'s Motion to Substitute Attorney (ECF No. 36), filed on June 1, 2018. Defendant requests leave to substitute attorney Steven T. Loizzi, HOA Lawyers Group, with Sean L. Anderson, Leach Johnson Song & Gruchow.

IT IS THEREFORE ORDERED that defendant's Motion to Substitute Attorney (ECF No. 36) is GRANTED, that Sean L. Anderson be substituted as attorney of record in this matter and that Steven T. Loizzi be withdrawn as counsel.

DATED: June 8, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE