1  Joel E. Tasca
   Nevada Bar No. 14124
2  Holly Ann Priest
   Nevada Bar No. 13226
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, NV 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  priesth@ballardspahr.com

7  *Attorneys for HSBC Bank USA, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS WU, an individual; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MATTHEW AYRES, an individual,<br><br>Defendants.<br><br>IRIS WU,<br><br>Counter-Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A.; DOES 1 through X and ROE BUSINESS ENTITIES 1 through X,<br><br>Counter-Defendants. | Case No. 2:16-CV-02786-APG-CWH<br><br>**STIPULATED AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>(Third Request) |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff HSBC Bank USA, N.A. ("HSBC"), Defendant Newport Cove Condominium Unit-Owners Association, Inc. (the "HOA"), and Defendants Iris Wu ("Wu") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file dispositive motions to September 18, 2018. This is the

Parties third request for an extension of the subject deadline. This brief extension will accommodate the vacation schedule of counsel for HSBC and will give the parties additional time to discuss a possible resolution in the matter. The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 30th day of August, 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-defendant HSBC Bank USA, N.A.*

LEACH JOHNSON SONG & GRUCHOW

By: /s/ *T. Chase Pittsenbarger*
Sean Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148

HONG & HONG

By: /s/ *Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No.: 5995
10781 W. Twain Ave
Las Vegas, Nevada 89135

*Attorney for Iris Wu*

## ORDER

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

DATED: August 31, 2018