Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for HSBC Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> IRIS WU, an individual; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MATTHEW AYRES, an individual, <br><br> Defendants. | Case No. 2:16-CV-02786-APG-CWH <br><br> **STIPULATED AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br> (Fourth Request) |
| IRIS WU, <br><br> Counter-Claimant, <br><br> vs. <br><br> HSBC BANK USA, N.A.; DOES 1 through X and ROE BUSINESS ENTITIES 1 through X, <br><br> Counter-Defendants. | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff HSBC Bank USA, N.A. ("HSBC"), Defendant Newport Cove Condominium Unit-Owners Association, Inc. (the "HOA"), and Defendants Iris Wu ("Wu") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file dispositive motions to October 19, 2018. This is the fourth

request for an extension of the subject deadline. The previous extension was requested to give the parties additional time to discuss a possible resolution in the matter. Those discussions are ongoing, but the HOA must seek approval for any settlement from its board. As such, the Parties request this extension to allow the HOA board sufficient time to consider a resolution and to avoid the unnecessary expense of filing dispositive motions should a resolution occur. The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 17th day of September 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-defendant HSBC Bank USA, N.A.*

LEACH JOHNSON SONG & GRUCHOW

By: /s/ *T. Chase Pittsenbarger*
Sean Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148

HONG & HONG

By: /s/ *Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No.: 5995
10781 W. Twain Ave
Las Vegas, Nevada 89135

*Attorney for Iris Wu*

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

DATED: September 19, 2018

2