Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for HSBC Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>IRIS WU, an individual; NEWPORT COVE CONDOMINIUM UNIT-OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MATTHEW AYRES, an individual,<br><br>Defendants.<br><br>IRIS WU,<br><br>Counter-Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A.; DOES 1 through X and ROE BUSINESS ENTITIES 1 through X,<br><br>Counter-Defendants. | Case No. 2:16-CV-02786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(Fifth Request)** |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff HSBC Bank USA, N.A. ("HSBC"), Defendant Newport Cove Condominium Unit-Owners Association, Inc. (the "HOA"), and Defendant Iris Wu ("Wu") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file dispositive motions to November 19, 2018. This is the fifth

request for an extension of the subject deadline. The previous extensions were requested to give the parties sufficient time to discuss a possible resolution in the matter. Those discussions are ongoing, but the HOA must seek approval for any settlement from its board, which has resulted in lengthy discussions. As such, the Parties request this extension to allow the HOA board additional time to consider a resolution and to avoid the unnecessary expense of filing dispositive motions should a resolution occur. The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 18th day of October, 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-defendant HSBC Bank USA, N.A.*

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ *T. Chase Pittsenbarger*
    Sean Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger
    Nevada Bar No. 13740
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128

*Attorneys for Newport Cove Condominium Unit-Owners Association, Inc.*

HONG & HONG

By: /s/ *Joseph Y. Hong*
    Joseph Y. Hong, Esq.
    Nevada Bar No. 5995
    1980 Festival Plaza Dr., Suite 650
    Las Vegas, Nevada 89135

*Attorney for Iris Wu*

**ORDER**

**IT IS SO ORDERED.**

_____
United States District/Magistrate Judge

DATED: October 22, 2018

18165881_1.docx